IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01620-WYD-CBS

STEPHEN A. HAYNES,
    Plaintiff,
v.

CITY AND COUNTY OF DENVER, COLORADO,
PUBLIC SAFETY DEPARTMENT THEREOF,
POLICE OFFICER YOLANDA CUNNINGHAM,
CHARLI CAY WARREN,
MARVIN L. FISHER, and
EMMANUEL NELSON BASSUNGA,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Haynes' "Proposed Amendments to Minutes of October 19, 2005 Scheduling Conference Before Hon. Judge Magistrate Craig B. Shaffer" (filed November 1, 2005) (doc. # 14) (docketed by the Clerk of the Court as a "Motion to Amend/Correct/Modify Scheduling Conference Minutes . . ."). Pursuant to the Order of Reference dated August 25, 2005 (doc. # 7) and the memorandum dated November 1, 2005 (doc. # 15), the motion was referred to the Magistrate Judge. The court has reviewed the motion, the entire case file, and the applicable law and is sufficiently advised in the premises. The court hereby incorporates by reference its comments made in open court on November 1, 2005.

    Haynes' request to "add notation[s] to the body of the Minutes" is unnecessary.

The record as of this date clearly reflects that Jack M. Wesocky entered his appearance for Defendants City and County of Denver, Public Safety Department of Denver, and Police Officer Yolanda Cunningham and that Defendants Warren, Fisher, and Bassunga are proceeding *pro se.* Accordingly,

IT IS ORDERED that Haynes' "Proposed Amendments to Minutes of October 19, 2005 Scheduling Conference Before Hon. Judge Magistrate Craig B. Shaffer" (filed November 1, 2005) (docketed by the Clerk of the Court as a "Motion to Amend/Correct/Modify Scheduling Conference Minutes . . .") (doc. # 14) is DENIED as unnecessary.

Dated at Denver, Colorado, this 2nd day of November, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge