IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01620-WYD-CBS

STEPHEN A. HAYNES,
    Plaintiff,
v.

CITY AND COUNTY OF DENVER, COLORADO,
POLICE OFFICER YOLANDA CUNNINGHAM,
CHARLI CAY WARREN,
MARVIN L. FISHER,
EMMANUEL NELSON BASSUNGA,
MICHAEL J. DeANDA, and
DOE DEFENDANTS 1 TO 5,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Haynes' request filed April 6, 2006 (doc. # 57), docketed as Haynes' "Motion for Order to have a transcript of the March 15, 2006 settlement conference." Haynes seeks "contact information for Darlene Martinez, court reporter, who transcribed Mar. 15, 2006 settlement conference in case 05-cv-1620-WYD-CBS. . . ." Haynes indicates that he "needs a.s.a.p. transcription for 'Objections to Report and Recommendations' on pending motion to dismiss." Pursuant to the Order of Reference dated August 25, 2005 and the memoranda dated April 6, 2006 (docs. # 58 and # 59), this matter was referred to the Magistrate Judge. The court has reviewed Haynes' request, the entire case file, and the applicable law and is sufficiently advised in the premises.

1

The hearing held on March 15, 2006 was a status conference and motions hearing, not a settlement conference.  As Haynes "has no phone," telephone contact information for the court reporter, Darlene Martinez, is unnecessary.  Haynes has already acquired copies on CD-ROM of the recordings of the hearings held on November 1, 2005 and on December 9, 2006.  Should Haynes determine that he needs a written transcript of the hearing held on March 15, 2006, he may promptly file a written motion for such transcript.  Haynes is advised that he will be responsible for pre-paying the cost of such transcript.  Accordingly,

IT IS ORDERED that:

1.  Haynes' request filed April 6, 2006 (doc. # 57), docketed as Haynes' "Motion for Order to have a transcript of the March 15, 2006 settlement conference," is DENIED as it is set forth.

2.  Should Haynes determine that he needs a written transcript of the hearing held on March 15, 2006, he may file with the court a written motion for such transcript on or before Monday April 17, 2006.  Haynes is advised that he will be responsible for pre-paying the cost of such transcript.

Dated at Denver, Colorado this 11th day of April, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge