IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01620-WYD-CBS

STEPHEN A. HAYNES,
    Plaintiff,
v.

CITY AND COUNTY OF DENVER, COLORADO,
POLICE OFFICER YOLANDA CUNNINGHAM,
CHARLI CAY WARREN,
MARVIN L. FISHER,
EMMANUEL NELSON BASSUNGA,
MICHAEL J. DeANDA, and
DOE DEFENDANTS 1 TO 5,
    Defendants.

ORDER

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Haynes' "Motion for Transcription of Proceedings of March 15, 2006" (filed April 18, 2006) (doc. # 63). Pursuant to the Order of Reference dated August 25, 2005 and the memorandum dated April 18, 2006 (doc. # 64), this matter was referred to the Magistrate Judge.

On April 11, 2006, the court ordered: "[s]hould Haynes determine that he needs a written transcript of the hearing held on March 15, 2006, he may file with the court a written motion for such transcript on or before Monday April 17, 2006." In the instant motion, Haynes indicates that he has prepaid the court reporter for the written transcript and that she will prepare it for him. Haynes has complied with the court's April 11, 2006 Order. Accordingly,

1

IT IS ORDERED that Haynes' "Motion for Transcription of Proceedings of March 15, 2006" (filed April 18, 2006) (doc. # 63) is now MOOT.

Dated at Denver, Colorado this 18th day of April, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge