IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01620-WYD-CBS

STEPHEN A. HAYNES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
POLICE OFFICER YOLANDA CUNNINGHAM,
CHARLI CAY WARREN,
MARVIN L. FISHER,
EMMANUEL NELSON BASSUNGA,
MICHAEL J. DeANDA, and
DOE DEFENDANTS 1 TO 5,

    Defendants.

---

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court on Defendants City and County of Denver and Police Officer Yolanda Cunningham's Motion to Dismiss Plaintiff's First Amended Complaint, various motions filed by Plaintiff to amend the complaint and/or to strike answers of Defendants, and Defendant Fisher's Motion to Request Attorney.  These motions were referred to Magistrate Judge Shaffer for a recommendation by Order of Reference dated August 2, 2005 and various memoranda.

A Recommendation of United States Magistrate Judge was issued on March 31, 2006.  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b).

Magistrate Judge Shaffer recommends therein that the motion to dismiss of the City and County of Denver and Yolanda Cunningham be granted and that the First Amended Complaint be dismissed for failure to state a claim upon which relief may be granted. Recommendation at 4-17, 23. In making this recommendation, Magistrate Judge Shaffer conducts a detailed analysis and well reasoned analysis of Plaintiff's conspiracy claim, the claim under 42 U.S.C. § 1983 and Defendants Warren, Fisher, and Bassunga, the municipal claim against the City and County of Denver, and the assertion of various other claims based on criminal statutes. *Id.* at 4-17.

It is also recommended that Plaintiff's Motion for Leave to File Second Amended Complaint be denied on the basis of futility (*id.* at 17-18, 23-24), and Plaintiff's Motions to Strike Answers of Defendants Warren and Fisher be denied since Plaintiff did not properly serve these Defendants. *Id.* at 19-20, 24. As to Defendants DeAnda and Does 1-5, Magistrate Judge Shaffer ordered Plaintiff to show cause by April 12, 2006, why the action should not be dismissed for failure to effect service and failure to prosecute. *Id.* at 20-21, 24. The Recommendation stated that if Plaintiff did not make such showing on or before April 12, 2006, he would recommend that the action for dismissed without prejudice as to DeAnda and Does 1 to 5.

It is also recommended that to the extent Plaintiff may be making any state law claims, the Court not exercise supplemental jurisdiction over them and dismiss them. *Id.* at 21-22. Finally, as to Defendant Fisher's "Motion to Request Attorney", it is recommended that in light of the recommendation to dismiss the case, the request for counsel be declined at this time. *Id.* at 22-24.

Magistrate Judge Shaffer advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. *Id.* at 24-25. By Minute Orders filed April 17, 2006 and May 5, 2006, I granted Plaintiff two extensions of time to file objections, up to and including May 31, 2006. Despite receiving these extensions of time, Plaintiff did not file objections to the Magistrate Judge's Recommendation. Further, Plaintiff did not file a pleading showing cause why the action should not be dismissed against DeAnda and Does 1 to 5 for failure to effect service and failure to prosecute.

No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1] *See* FED. R. CIV. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record. I agree with Magistrate Judge Shaffer's well reasoned analysis regarding Plaintiffs' claims and the recommendation that dismissal is proper as to Defendants City and County of Denver, Cunningham, Warren, Fisher, and

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, FED. R. CIV. P. 72(a), which in turn is less than a de novo review, FED. R. CIV. P. 72(b).

Bassunga.  Further, since Plaintiff did not show cause why the claims should not be dismissed against DeAnda and Does 1 to 5, I find that these Defendants should be dismissed without prejudice for failure to effect service and failure to prosecute.  The First Amended Complaint in its entirety is thus dismissed.

I also agree with Magistrate Judge Shaffer's analysis regarding the Motion for Leave to File Second Amended Complaint, and that the motion should be denied on the basis of futility.  Finally, I find no error with the other recommendations.

Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge dated March 31, 2006, is **AFFIRMED and ADOPTED**.  In accordance therewith, it is

ORDERED that Defendants City and County of Denver and Police Officer Yolanda Cunningham's Motion to Dismiss Plaintiff's First Amended Complaint (filed December 19, 2005, doc. # 30) be **GRANTED**.  It is

FURTHER ORDERED that Defendants DeAnda and Does 1-5 are **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to effect service and failure to prosecute.  It is

FURTHER ORDERED that Plaintiff's Motion for Second Amendment of Complaint (filed January 3, 2006, doc, # 33) is **DENIED**.  It is

FURTHER ORDERED that Plaintiff's Motion to Strike Answer of Defendant Warren to Plaintiff's First Amended Complaint filed February 9, 2006 (doc, # 44) is **DENIED**.  It is

FURTHER ORDERED that Plaintiff's Motion to Strike Answer of Defendant Fisher to Plaintiff's First Amended Complaint filed March 15, 2006 (doc. # 49) is **DENIED**.  It is

FURTHER ORDERED that Defendant Fisher's Motion to Request Attorney (doc, # 53) is **DENIED**.  Finally, it is

ORDERED that the First Amended Complaint is **DISMISSED** for failure for failure to state a claim upon which relief may be granted.

Dated:  June 20, 2006

           BY THE COURT:


           s/ Wiley Y. Daniel
           Wiley Y. Daniel
           U. S. District Judge