IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01620-WYD-CBS

STEPHEN A. HAYNES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
POLICE OFFICER YOLANDA CUNNINGHAM,
CHARLI CAY WARREN,
MARVIN L. FISHER,
EMMANUEL NELSON BASSUNGA,
MICHAEL J. DeANDA, and
DOE DEFENDANTS 1 TO 5,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    This matter is before the Court on Plaintiff's "Notice of Withdrawal of Appeal" which appears to have been improperly filed in this Court.  Any pleading attempting to withdraw or dismiss the appeal needs to be filed in the United States Court of Appeals for the Tenth Circuit where the appeal is pending.

    Dated:  October 9, 2007